abide the event, upon the ground that the plaintiff was not competent to testify to his visits to the house, the number thereof, or the value of his services to decedent, and that the testimony of Ryan does not definitely show a number of visits that sustains the finding of $118.

SHRIVER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Seymour W. Shriver against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SCHULTZ et al., Respondents, v. SKANEATELES R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by John L. Schultz and another against the Skaneateles Railroad Company. No opinion. Interlocutory judgment (66 Misc. Rep. 9, 122 N. Y. Supp. 445) affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

SIERAKOWSKA, Respondent, v. BARCALO MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Katherine Sierakowska, as administratrix, etc., against the Barcalo Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

SIMMONS v. FELLOWS. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Henry B. Simmons against Elizabeth H. Fellows. No opinion. Application denied, with $10 costs. Order signed.

SIMS, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Albert E. Sims against Martha Collins. No opinion. Judgment affirmed, with costs.

SIRE, Appellant, v. EISFELFT, Respondent. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Henry B. Sire against May I. Eisfelft. W. L. Stone, for appellant. W. M. K. Olcott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SLUTZK v. ROTH (two cases). (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Abraham Slutzk against P. Marcus Roth. No opinion. Motion denied, with $10 costs. Orders signed and filed. See, also, 128 N. Y. Supp. 668.

SMALLMAN, Respondent, v. OGDENSBURG ROLLER MILLS, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by N. Allen Smallman, as trustee, etc., against the Ogdensburg Roller Mills. No opinion. Judgment unanimously affirmed, with costs.

SMITH, Respondent, v. KELLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Diana R. Smith against Louise M. Keller, personally and as executrix, etc., and others.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the verdict is contrary to and against the weight of the evidence, and because of errors in the admission and rejection of evidence.

SMITH v. MADISON TRUST CO. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Alice L. S. Smith against the Madison Trust Company, as substituted trustee, etc., of Sarah W. F. Smith, deceased. No opinion. Submission dismissed, without costs, upon the ground that it involves no real controversy, inasmuch as occupation by the daughter is tantamount to payment of rent to her, and the trustee's commissions could be preserved by actual lease to her.

SMITH v. WESTERN PAC. RY. CO. Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Charles E. W. Smith against the Western Pacific Railway Company. No opinion. Motion granted. Settle order on notice. See, also, 138 App. Div. 244, 122 N. Y. Supp. 888; 128 N. Y. Supp. 966.

SNYDER v. GREENHUT & CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Garret P. Snyder against the Greenhut & Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 71 Misc. Rep. 117, 127 N. Y. Supp. 1068.

SONNENSTRAHL, Appellant, v. GREENWALD et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Beatrice L. Sonnenstrahl against Henry Greenwald and others.
PER CURIAM. Judgment affirmed, with costs.
HIRSCHBERG, J., dissents.

SOTLAND, Appellant, v. SOTLAND, Respondent. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Barnett Sotland against Samuel Sotland, as executor, etc. No opinion. Order modified, by striking out the provision for costs, and, as modified, affirmed, with $10 costs and disbursements to the appellant.

SPANEDDA v. MURPHY et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Salvatore Spanedda against John Murphy and others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 128 N. Y. Supp. 884.

SPEAIGHT, Respondent, v. PEOPLE'S TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by George W. Speaight against the People's Trust Company. No opinion.

Judgment of the Municipal Court affirmed, with costs.

SPECHT, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Henry W. Specht, as administrator, etc., of Magdalena Specht, deceased, against the Waterbury Company. No opinion. Order affirmed on argument. with $10 costs and disbursements. See, also, 70 Misc. Rep. 404, 127 N. Y. Supp. 137.

SPENCER, Respondent, v. ORDER OF THE GOLDEN SEAL, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Hannah C. Spencer against the Order of the Golden Seal. No opinion. Judgment unanimously affirmed, with costs.

In re SPUYTEN DUYVIL ROAD. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of the Spuyten Duyvil Road. No opinion. Motion granted. Settle order on notice. See, also, 116 N. Y. Supp. 857.

S. SHOPIRO CO., Respondent, v. MARY-LAND CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by the S. Shopiro Company against the Maryland Casualty Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., not sitting.

STANFIELD, Appellant, v. TOWN OF HAMBURG, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Esther S. Stanfield, as administratrix, etc., against the Town of Hamburg.
PER CURIAM. Judgment affirmed, with costs. See, also, 140 App. Div. 917, 920, 125 N. Y. Supp. 1145.
McLENNAN, P. J., dissents, upon the ground that the questions of negligence and of freedom from contributory negligence are questions of fact for the jury.

STANTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Starr M. Stanton against the Lehigh Valley Railroad Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
KELLOGG, J., not sitting.

STATE BOARD OF PHARMACY v. F. W. WOOLWORTH & CO. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the State Board of Pharmacy against F. W. Woolworth & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1109.

In re STEDMAN et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) In the matter of Robert S. Stedman and others, as executors, etc. D. Leventritt, for appellant. A. H. Cumbers, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN, J., dissents.

STENSON v. J. H. FLICK CONST. Co. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Annie Stenson, as administrator, against the J. H. Flick Construction Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

STEVENSON, Appellant, v. STEVENSON, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Clarence A. Stevenson against Helen W. Stevenson. L. Schuldenfrei, for appellant. A. Bangser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STIEFEL, Appellant, v. STIEFEL, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Minnie Stiefel against Ike Stiefel. A. P. Wagener, for appellant. E. A. Klein, for respondent. No opinion. Order affirmed. Order filed. See, also, 133 App. Div. 897, 118 N. Y. Supp. 1145.

STILES, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Charles H. Stiles against Adelbert Norton. No opinion. Judgment and order affirmed, with costs.

STOCKHAM, Appellant, v. BOROUGH BILL POSTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by George T. Stockham against the Borough Bill Posting Company.
PER CURIAM. While the questions of law involved herein may ultimately warrant an application for leave to appeal to the Court of Appeals we think there should be a retrial of the case under our decision. Motion denied, without costs. See, also, 129 N. Y. Supp. 745.

In re STODDARD. (Supreme Court, Appellate Division, First Department. May 19, 1911.) In the matter of Charles H. Stoddard, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

STOLLER & COOK CO., Respondent, v. VENNETTE F. PELLETREAU & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by the Stoller & Cook Company against Vennette F. Pelletreau & Co. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 128 N. Y. Supp. 1147.